Jeffrey A. Charlston (State Bar No. 65427)
   E-Mail: jcharlston@crwllp.com;
   Telephone: (310) 551-7010
Bruce T. Smyth (State Bar No. 89171)
   E-Mail: bsmyth@crwllp.com
   Telephone: (310) 551-7055
CHARLSTON, REVICH & WOLLITZ LLP
1925 Century Park East, Suite 1250
Los Angeles, California 90067
Facsimile:  (310) 203-9321

Attorneys for Plaintiff
Colony Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLONY INSURANCE COMPANY, a Virginia corporation,<br><br>                    Plaintiff,<br><br>    vs.<br><br>ALDON BOLANOS, an individual,<br><br>                    Defendant. | Case No.:   2:11-CV-02040-WBS-KJN<br><br>ANSWER OF COLONY INSURANCE COMPANY FOR COUNTERCLAIMS |

Colony Insurance Company (Colony) answers the counterclaims of Defendant Aldon Bolanos as follows:

1. Answering Paragraph 42, Colony admits the allegations contained therein.

2. Answering Paragraph 43, Colony admits the allegations contained therein.

3. Answering Paragraph 44, Colony admits the allegations contained therein.

///

///

4.  Answering Paragraph 45, Colony has no information or belief concerning the subjects therein alleged sufficient to enable it to answer and denies the allegations contained therein on that ground.

5.  Answering Paragraph 46, Colony admits the allegations contained therein.

6.  Answering Paragraph 47, Colony admits the allegations contained therein.

7.  Answering Paragraph 48, Colony admits that by letter dated June 13, 2011, Colony wrote to Mr. Bolanos and advised as to why the claims asserted in the underlying action are not within the scope of coverage afforded under the subject insurance policy, and that by letter dated June 15, 2011, Mr. Bolanos wrote to Colony and requested that Colony reconsider its declination of coverage.  Further answering said paragraph, Colony has no information or belief on the subjects therein sufficient to enable it to answer and on that ground denies the allegations contained therein that are not herein expressly admitted.

8.  Answering Paragraph 49, Colony admits that by letter dated June 22, 2011, it reaffirmed its declination of coverage, and refers to the letter for its contents.  Further answering said paragraph, Colony denies the allegations contained therein that are not herein expressly admitted.

9.  Answering Paragraph 50, Colony admits that Mr. Bolanos has challenged Colony's position that there is no potential for coverage for the claims asserted against Mr. Bolanos in the underling action under the relevant insurance policy.  Further answering said paragraph, Colony has no information or belief on the subjects therein sufficient to enable it to answer and on that ground denies the allegations contained therein that are not herein expressly admitted.

10. Answering Paragraph 51, Colony admits the allegations contained therein.

11. Answering Paragraph 52, Colony refers to its responses to Paragraphs 42 through 51 of the counterclaims, and incorporates its responses herein by this reference.

12. Answering Paragraph 53, Colony admits that Mr. Bolanos purchased a policy of insurance which affords professional liability insurance coverage on the terms and conditions set forth in the policy.

13. Answering Paragraph 54, Colony admits that Mr. Bolanos is being sued, in part, for "Wrongful Use of Civil Proceedings" and "Slander of Title." Further answering said paragraph, Colony denies the characterization set forth therein of the legal standards applicable to the claim of "Wrongful Use of Civil Proceedings." Further answering said paragraph, Colony has no information or belief on the subjects therein sufficient to enable it to answer and on that ground denies the allegations contained therein that are not herein expressly admitted.

14. Answering Paragraph 55, Colony denies the allegations contained therein.

15. Answering Paragraph 56, Colony denies the allegations contained therein.

16. Answering Paragraph 57, Colony refers to its responses to Paragraphs 42 through 51 of the counterclaims, and incorporates its responses herein by this reference.

17. Answering Paragraph 58, Colony admits the allegations contained therein.

18. Answering Paragraph 59, Colony denies the allegations contained therein.

///

19. Answering Paragraph 60, Colony denies the allegations contained therein.

20. Answering Paragraph 61, Colony denies the allegations contained therein.

As additional, separate defenses, Colony alleges:

### FIRST DEFENSE

21. Plaintiffs' counterclaims fail to state a claim upon which relief can be granted.

### SECOND DEFENSE

22. Colony refers to its complaint on file herein. For the reasons stated therein, Mr. Bolanos is entitled to no relief, whether prayed for or otherwise, under the counterclaims asserted herein.

### THIRD DEFENSE

23. At all times herein relevant, Colony has acted in a reasonable manner, without malice, and in accordance with all the terms, conditions, exclusions, limitations, schedules and other provisions contained in the relevant insurance policy, and has in no way unreasonably denied Mr. Bolanos benefits under said insurance policy.

WHEREFORE, Colony prays for judgment as follows:

1. That Mr. Bolanos take nothing by reason of his counterclaims filed herein;;

2. That Colony have and recover all relief prayed for in its complaint on file herein;

3. That Colony have and recover its costs of suit incurred herein; and

4. That Colony be afforded such other and further relief as the Court deems appropriate.

Dated: September 15, 2011

CHARLSTON, REVICH & WOLLITZ LLP
JEFFREY A. CHARLSTON
BRUCE T. SMYTH

By /S/ Jeffrey A. Charlston
_____

Jeffrey A. Charlston
Attorneys for Plaintiff
Colony Insurance Company